JOSEFA MOJICA, demandante y apelada, *v.* MARÍA GONZÁLEZ, demandada y apelante.

No. 5614.—*Sometido:* Junio 20, 1932. *Resuelto:* Julio 30, 1932.

*Angel A. Vázquez* y *Carlos D. Vázquez,* abogados de la apelante; *L. Muñoz Morales,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal. ·

Este es un caso en que Antonio Sánchez Mojica, soltero, compró una propiedad a Hermenegildo Claudio y Benito Guil e hipotecó la misma a favor de Alicia Surís Cardona. Antonio Sánchez Mojica falleció el 24 de junio de 1928 sin dejar testamento, y la demandante, Josefa Mojica, fué declarada su heredera. ·En la demanda se alegaba que la demandante había pagado las contribuciones sobre la propiedad; que María González se halla en posesión de la finca sin el consentimiento de la demandante y detenta la misma precariamente, sin pagar canon o merced alguna. La demandante, pues, trató de desahuciar a la demandada mediante un procedimiento de desahucio en precario. La demandada contestó alegando que ella había vivido con Antonio Sánchez Mojica por espacio de diez y ocho años y que ambos habían ocupado la misma finca objeto del litigio; que dicha propiedad fué adquirida con dinero de la demandada aunque

ella convino y consintió en que la escritura fuese puesta a nombre de Antonio Sánchez Mojica; que ella pagaba las contribuciones y que la demandada había incoado un procedimiento en la Corte de Distrito de San Juan contra la demandante en este litigio como madre y sucesora de Antonio Sánchez Mojica, en el cual se trataba de obtener un fallo en el sentido de que la propiedad en cuestión pertenecía a la demandada en el presente pleito.

La Corte de Distrito de San Juan resolvió que la demandante había probado todas las alegaciones de la demanda mientras que la demandada no había demostrado la existencia de una situación tal que impidiera el procedimiento de desahucio en precario. Sólo se hizo un señalamiento al efecto de que la corte cometió error al decir que nada había que impidiera la acción de desahucio, ya que la prueba tendió a demostrar que había un conflicto de títulos.

Desde luego, la mera existencia de un concubinato no podía crear un conflicto de títulos. Quizá si la demandada hubiera presentado prueba suficientemente fuerte para convencer a la corte de que la finca era suya, aunque figuraba a nombre de Antonio Sánchez Mojica, podría haber surgido un conflicto de títulos. Sin embargo, cuando un demandado alega que la propiedad fué adquirida con dinero de su propio peculio, debe existir en su favor la duda en la mente de la corte respecto a la veracidad de la alegación para poder destruir una acción de desahucio en precario. Cuando existe una conclusión general de hechos en favor de un demandante, el demandado debe convencernos de que ha habido un manifiesto error por parte de la corte.

Además, dudamos que la demandada, habiendo adoptado la actitud que asumió y habiendo puesto la finca a nombre de Antonio Sánchez Mojica, no tuviera que probar que ella lo hizo así con el entendido claro de parte de aquél de que la finca no pertenecería a él, sino a ella.

*Debe confirmarse la sentencia.*